UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URSTADT BIDDLE PROPERTIES INC.<br><br>Plaintiff,<br><br>v.<br><br>THOMAS DiBUONO d/b/a FLORAL FASHIONS<br><br>Defendants. | CIVIL ACTION NO:<br>09-CIV-1308 (SCR)<br><br>JUNE 1, 2010 |

## PROPOSED ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Upon the Motion for Entry of Judgment (the "Motion") filed by Urstadt Biddle Properties Inc. ("UBP"), the issues in the Motion having been duly heard before the Honorable Stephen C. Robinson, United States District Judge, at a hearing held in and for the United States District Court for the Southern District of New York, at the courthouse at 300 Quarropas Street, White Plains, New York, on the 20th day of May, 2010, having been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that such Motion is hereby granted, and it is further ORDERED and ADJUDGED, that the Plaintiff, UBP, located at 321 Railroad Avenue, Greenwich, Connecticut 06830, recover from the Defendant, Thomas DiBuono d/b/a Floral Fashions, with a principal address located at 78 Purdy Avenue, Port Chester, New York 10573, the sum of Eighty-Two Thousand Four Hundred Sixty-Two Dollars and Five Cents ($82,462.05), plus attorneys fees in the sum of Twelve Thousand Eleven Dollars ($12,011.00), making in all the sum of Ninety-Four Thousand Four Hundred

1

Seventy-Three Dollars an Five Cents ($94,473.05), and that UBP have execution therefore.

So Ordered

_____
The Honorable Stephen C. Robinson, Judge
United States District Court for the
Southern District of New York

## CERTIFICATE OF SERVICE

    I hereby certify that on June 1, 2010, a copy of the foregoing Proposed Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

_____
Michael J. Pendell