UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URSTADT BIDDLE PROPERTIES INC.<br><br>Plaintiff,<br><br>v.<br><br>THOMAS DiBUONO d/b/a FLORAL FASHIONS<br><br>Defendants. | CIVIL ACTION NO:<br>09-CIV-1308 (SCR)<br><br>JUNE 1, 2010 |

## AFFIDAVIT OF ATTORNEYS FEES

STATE OF CONNECTICUT )
                            ) ss: Hartford, Connecticut
COUNTY OF HARTFORD )

I, MICHAEL J. PENDELL being duly sworn, deposes and says:

1. I am over eighteen (18) years of age and believe in the obligations of an oath.

2. I am an associate at the law firm of Hinckley, Allen & Snyder LLP, Hartford, Connecticut, and I have personal knowledge concerning the facts herein.

3. Hinckley, Allen & Snyder LLP represents Urstadt Biddle Properties Inc. ("UBP") in the above-captioned matter.

4. The attorneys' fees incurred in this case as of June 1, 2010, amount to $12,011.00. See attached bill.

_____
Michael J. Pendell

Subscribed and sworn to before me this _____ day of June 2010.

_____
Notary Public
My Commission Expires:

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2010, a copy of the foregoing Affidavit of Attorneys' Fees was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

_____
Michael J. Pendell

# HINCKLEY, ALLEN & SNYDER LLP

**Client: 065366  Urstadt Biddle Properties Inc.**

Services:

| Date | Attorney / Legal Assistant | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 14-Jan-2009 | Allen | Review lease file; Correspondence with W. Biddle re additional lease documents; Telephone conference with W. Biddle re background; Review additional lease documents from J. Iarossi | 1.00 | 270.00 | 270.00 |
| 16-Jan-2009 | Hinton | Study and analysis of claims against tenant | 0.80 | 270.00 | 216.00 |
| 29-Jan-2009 | Allen | Review incoming correspondence from W. Biddle re settlement status/future strategy | 0.20 | 270.00 | 54.00 |
| 29-Jan-2009 | Hinton | Preparation of collection lawsui | 0.50 | 270.00 | 135.00 |
| 29-Jan-2009 | Hinton | Updating status | 0.30 | 270.00 | 81.00 |
| 29-Jan-2009 | Cirilli | Review file and draft correspondence to investigator re: asset search on T. DiBueno | 0.50 | 140.00 | 70.00 |
| 30-Jan-2009 | Hinton | Preparation of lawsuit; Study of lease documents | 0.30 | 270.00 | 81.00 |
| 30-Jan-2009 | Pendell | Began drafting summons and complaint | 0.30 | 160.00 | 48.00 |
| 02-Feb-2009 | Pendell | Began drafting complaint | 0.50 | 170.00 | 85.00 |
| 03-Feb-2009 | Hinton | Review of Summons and Complaint | 0.50 | 280.00 | 140.00 |
| 03-Feb-2009 | Pendell | Drafted summons and complaint | 1.00 | 170.00 | 170.00 |
| 04-Feb-2009 | Allen | Correspondence with W. Biddle re request for additional file documents | 0.20 | 280.00 | 56.00 |
| 04-Feb-2009 | Hinton | Study and review of lease documents and draft summons and complaint | 1.30 | 280.00 | 364.00 |
| 05-Feb-2009 | Hinton | Further revisions to complaint based on Estoppel documents received form UBP; Study of asset search results | 0.60 | 280.00 | 168.00 |
| 06-Feb-2009 | Allen | Correspondence with W. Biddle re future litigation strategy | 0.40 | 280.00 | 112.00 |
| 06-Feb-2009 | Hinton | Implications of arbitration provision | 0.60 | 280.00 | 168.00 |
| 09-Feb-2009 | Allen | Correspondence with W. Biddle re corporate disclosure statement by UBP for Federal Court Complaint | 0.40 | 280.00 | 112.00 |

HINCKLEY, ALLEN & SNYDER

**Client: 065366 Urstadt Biddle Properties Inc.**

| Date | Matter | Attorney / Legal Assistant | Description | | | |
|---|---|---|---|---|---|---|
| 09-Feb-2009 | | Hinton | Study and analysis of summons and complaint to be filed in Federal Court; Preparation of corporate disclosure statement and appearance | 0.90 | 280.00 | 252.00 |
| 09-Feb-2009 | | Pendell | Correspondence with process server re: filing and service | 0.20 | 170.00 | 34.00 |
| 09-Feb-2009 | | Pendell | Revise complaint and add jurisdictional grounds for federal court filing | 1.20 | 170.00 | 204.00 |
| 09-Feb-2009 | | Pendell | Draft federal court summons; draft federal court appearances; draft civil cover sheet; draft Rule 7.1 disclosures; research filing fee; request filing fee from accounting | 1.50 | 170.00 | 255.00 |
| 10-Feb-2009 | | Hinton | Review of Federal summons, complaint and civil cover sheet | 0.40 | 280.00 | 112.00 |
| 10-Feb-2009 | | Pendell | Drafted letter to process server re: serving Thomas DiBuono with specific instructions | 0.30 | 170.00 | 51.00 |
| 12-Feb-2009 | | Pendell | Correspondence with process server re: filing and service of process; prepped dockets for electronic filing as required by SDNY | 0.50 | 170.00 | 85.00 |
| 13-Feb-2009 | | Pendell | Telephone correspondence with process server; e-filed papers as required by SDNY rules of practice | 0.50 | 170.00 | 85.00 |
| 17-Feb-2009 | | Hinton | Study of electronic filing results form USDC - Southern District of New York; Scheduling Order and deadlines | 0.60 | 280.00 | 168.00 |
| 18-Feb-2009 | | Hinton | Updating status of file | 0.20 | 280.00 | 56.00 |
| 23-Feb-2009 | | Pendell | Review affidavit of service and filed same | 0.30 | 170.00 | 51.00 |
| 24-Feb-2009 | | Hinton | Updating status of pleadings; Notice of Requirement to Submit Scheduling Order | 0.40 | 280.00 | 112.00 |
| 24-Feb-2009 | | Pendell | Review scheduling order and calendar same | 0.50 | 170.00 | 85.00 |
| 26-Feb-2009 | | Pendell | Draft initial disclosures | 1.70 | 170.00 | 289.00 |
| 03-Mar-2009 | | Hinton | Review of Docket Report; Answer deadline is March 6, 2009 | 0.20 | 280.00 | 56.00 |
| 04-Mar-2009 | | Pendell | Correspondence with RCH re: answer | 0.10 | 170.00 | 17.00 |

**Client: 065366 Urstadt Biddle Properties Inc.**

| Date | Matter | Attorney / Legal Assistant | Description | | | |
|---|---|---|---|---|---|---|
| 06-Mar-2009 | | Hinton | Study and analysis of Answer and Special Defenses; Research of 28 U.S.C. 1332 re claim that UBP is a "citizen" of New York | 0.70 | 280.00 | 196.00 |
| 24-Mar-2009 | | Hinton | Study of court Order on discovery and case management conference; Review of Answer; Preparation for case management conference | 1.90 | 280.00 | 532.00 |
| 27-Mar-2009 | | Hinton | Study and analysis of e-mail from tenant's lawyer re starting settlement discussions | 0.50 | 280.00 | 140.00 |
| 30-Mar-2009 | | Allen | Review of Forbearance/Promissory Note | 0.20 | 280.00 | 56.00 |
| 31-Mar-2009 | | Allen | Review incoming correspondence from W. Biddle re response to defendant's settlement inquiry; Correspondence with W. Biddle re same | 0.20 | 280.00 | 56.00 |
| 01-Apr-2009 | | Hinton | Settlement strategy; Preparing settlement letter | 0.80 | 280.00 | 224.00 |
| 02-Apr-2009 | | Hinton | Settlement strategy and letter | 0.50 | 280.00 | 140.00 |
| 06-Apr-2009 | | Pendell | Drafted discovery requests | 1.90 | 170.00 | 323.00 |
| 13-Apr-2009 | | Hinton | Study of draft discovery | 0.50 | 280.00 | 140.00 |
| 13-Apr-2009 | | Pendell | Reviewed local rules re: service of discovery requests | 0.40 | 170.00 | 68.00 |
| 05-May-2009 | | Hinton | Settlement proposal from plaintiff's counsel; Strategy and analysis | 0.40 | 280.00 | 112.00 |
| 06-May-2009 | | Hinton | Settlement discussions; Study of e-mail from tenant's lawyer | 0.30 | 280.00 | 84.00 |
| 07-May-2009 | | Hinton | Settlement discussions; E-mail from tenant's lawyer | 0.20 | 280.00 | 56.00 |
| 11-May-2009 | | Hinton | Settlement negotiations; Study of reply from UBP; Forward same to plaintiff's lawyer | 0.30 | 280.00 | 84.00 |
| 28-May-2009 | | Hinton | Updating status of pleadings; Settlement discussions | 0.20 | 280.00 | 56.00 |
| 15-Jun-2009 | | Hinton | Drafting of General Release and Settlement Agreement | 2.50 | 280.00 | 700.00 |
| 16-Jun-2009 | | Allen | Review and revise Settlement Agreement | 0.40 | 280.00 | 112.00 |
| 16-Jun-2009 | | Hinton | Finalizing settlement agreement | 0.40 | 280.00 | 112.00 |
| 17-Jun-2009 | | Hinton | Revisions to settlement agreemen | 0.50 | 280.00 | 140.00 |
| 18-Jun-2009 | | Hinton | Finalizing settlement agreement and schedule and forwarding to DiBuono's lawyer | 0.70 | 280.00 | 196.00 |
| 24-Jun-2009 | | Hinton | Revisions to Settlement Agreemen | 0.40 | 280.00 | 112.00 |

# HINCKLEY, ALLEN & SNYDER

## Client: 065366  Urstadt Biddle Properties Inc.

| Date | Matter | Attorney / Legal Assistant | Description | | | |
|---|---|---|---|---|---|---|
| 26-Jun-2009 | | Allen | Review incoming correspondence from W. Biddle re settlement status; Correspondence with R. Hinton re status update to W. Biddle | 0.20 | 280.00 | 56.00 |
| 29-Jun-2009 | | Hinton | Revisions to Settlement Agreement; E-mail to DiBuono's lawyer | 1.80 | 280.00 | 504.00 |
| 13-Jul-2009 | | Hinton | Updating status of settlement and receiving finalized documents | 0.30 | 280.00 | 84.00 |
| 30-Jul-2009 | | Hinton | Revision to settlement agreement | 0.20 | 280.00 | 56.00 |
| 10-Aug-2009 | | Hinton | Settlement agreement and initial payment | 0.30 | 280.00 | 84.00 |
| 11-Aug-2009 | | Hinton | Legal ramifications of receiving first monthly installment payment late- whether necessary to revise Settlement Agreement | 0.30 | 280.00 | 84.00 |
| 17-Aug-2009 | | Hinton | Forwarding finalized settlement agreement to opposing counsel | 0.20 | 280.00 | 56.00 |
| 02-Nov-2009 | | Hinton | Strategy re default of Settlement Agreement | 0.50 | 280.00 | 140.00 |
| 11-Nov-2009 | | Hinton | Study of default; Research re procedure for obtaining uncontested judgment as a result of breach of settlement agreement | 0.50 | 280.00 | 140.00 |
| 12-Nov-2009 | | Hinton | Default of settlement agreement | 0.30 | 280.00 | 84.00 |
| 20-Nov-2009 | | Hinton | Preparing to move for judgment as a result of default | 0.40 | 280.00 | 112.00 |
| 23-Nov-2009 | | Hinton | Updating status of default | 0.20 | 280.00 | 56.00 |
| 23-Feb-2010 | | Hinton | Research of USDC procedure re defendant's failure to comply with Settlement Agreement; Preparation and filing of Motion for Entry of Judgment Due to Non-Compliance with Settlement Agreement | 2.60 | 290.00 | 754.00 |
| 09-Apr-2010 | | Hinton | Cancellation of court status conference; Updating status of Motion for Judgment | 0.30 | 290.00 | 87.00 |
| 09-Apr-2010 | | Pendell | Corresp. with court clerk re: hearing and motion for entry of judgment; corresp. with RCH re: same | 0.40 | 180.00 | 72.00 |
| 16-Apr-2010 | | Hinton | Telephone call with Court Clerk re status conference and pending motion for judgment | 0.30 | 290.00 | 87.00 |

# HINCKLEY, ALLEN & SNYDER

## Client: 065366 Urstadt Biddle Properties Inc.

| Date | Matter | Attorney / Legal Assistant | Description | | | |
|---|---|---|---|---|---|---|
| 26-Apr-2010 | | Allen | Review incoming correspondence from W. Biddle re litigation status; Correspondence with W. Biddle re litigation status | 0.20 | 290.00 | 58.00 |
| 26-Apr-2010 | | Hinton | Strategy re next week's status conference; Inquiry as to why conference was necessary and why couldn't conference be conducted telephonically. | 0.60 | 290.00 | 174.00 |
| 03-May-2010 | | Hinton | Continuance of status conference | 0.40 | 290.00 | 116.00 |
| 04-May-2010 | | Hinton | Letter from tenant's lawyer | 0.20 | 290.00 | 58.00 |
| 06-May-2010 | | Hinton | Case Management Conference rescheduling to 5/20/10 | 0.20 | 290.00 | 58.00 |
| 10-May-2010 | | Hinton | Scheduling of status conference | 0.20 | 290.00 | 58.00 |
| 20-May-2010 | | Pendell | Attended hearing re: motion to enter judgment | 5.50 | 180.00 | 990.00 |
| 21-May-2010 | | Pendell | Drafted proposed order and affidavit of attorneys' fees | 0.90 | 180.00 | 162.00 |
| **Subtotal For: 0137947** | | **Floral Fashions** | | **49.80** | | ********* |
| **Total Hours** | | | | | 49.80 | 12011.00 |